AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-06142

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Come and get money and all other Defendants identified was received by me on *(date)* 08/04/2026 .

❒ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________ ; or

☑ Other *(specify)*: On August 4, 2026, I sent an email to the email addresses provided for Defendants by the third party with the summons, the complaint and the Court's Order authorizing electronic service.

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/05/2026

Jianxu Lam
*Server's signature*

Jianxu Lam
*Printed name and title*

________
*Server's address*

Additional information regarding attempted service, etc: